FILED
CLERK, U.S. DISTRICT COURT
SEP 01, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARSHAD MEHTA, an individual; and KAUSHIKA MEHTA, an individual, <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br>ERIC WIDEN, an individual; LAVELL BROWN, an individual; JAMES HAROLD BELL III, an individual; and CITY OF UPLAND, a public entity; and DOES 1 through 50, inclusive, <br><br>　　　　　Defendants. | Case No.: CV15-01164VAP (DTBx) <br><br> [~~PROPOSED~~] JUDGMENT |

The Motion for Summary Judgment filed by Defendants City of Upland and Officer Lavell Brown came on regularly for hearing on August 22, 2016 at 2:00 p.m. in Courtroom 780 of the United States District Court for the Central District of California, the Honorable Virginia A. Phillips, Judge Presiding.

After reviewing the moving and opposing papers, as well as the evidence presented in support of and in opposition to the motion, the matter have been duly considered, the issues having been duly heard, and a decision having been duly rendered for Defendants City of Upland and Officer Lavell Brown,

1    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in
2 favor of Defendants City of Upland and Officer Lavell Brown and against
3 Plaintiffs Harshad Mehta and Kaushika Mehta.  Defendants City of Upland and
4 Officer Lavell Brown shall recover their costs.
5    IT IS SO ORDERED.

6
7 DATED: September 01, 2016          _____
8                                    HON. VIRGINIA A. PHILLIPS
                                     Chief U.S. District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28